**MEMO ENDORSED**



STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

AUG 28 2008

UNITED STATES DISTRICT JUDGE

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

Writer's Direct Dial:
(212) 416-8612

August 28, 2008

**BY FAX (212) 805-7927**
Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl St., Room 2270
New York, NY 10007

Re:   <u>Sanchez v. Velez, et. al.,</u> 08-CV-1519 (NRB)(GWG)

Dear Judge Buchwald:

I write on behalf of defendants Velez, Potante, Lee and Depasquale to request the following briefing schedule for defendants' motion to dismiss plaintiff's complaint. To date, plaintiff has not amended his complaint, but only submitted a letter dated June 18, 2008 stating additional facts.

- Defendants' motion to dismiss the complaint is to be served and filed by October 17, 2008.
- Plaintiff's opposition is to be served and filed by November 21, 2008.
- Defendants' reply is to be served and filed by December 5, 2008.

I request a longer briefing schedule because I have scheduled vacation during the last two weeks of September.

*So Ordered [handwritten]*

*9/3/08 [handwritten]*

Respectfully submitted,

*Inna Reznik [signature]*

Inna Reznik
Assistant Attorney General

cc:   Carlos Sanchez (by first class mail)

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 · Not For Service of Papers
http://www.oag.state.ny.us